

# NUMBER 13-10-00658-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**FELIX TAPIA AND TORNADO BUS COMPANY, INC.,     APPELLANTS,**

**v.**

**MARIA CANTU, ET AL.,                                             APPELLEES.**

---

### On Appeal from the 138th District Court
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Garza, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellants perfected an appeal from a judgment entered by the 138th District Court of Cameron County, Texas, in cause number 2008-09-5192-B.   Appellants have filed an unopposed motion to dismiss the appeal on grounds that the parties have resolved and settled their dispute.   Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
10th day of March, 2011.